IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


AUSTIN JONES-CAREY,

    Plaintiff,

v.                                                    CASE NO. 1:06-cv-00206-MP-AK

ALACHUA COUNTY,
AYMER L CURTIN,
JAMES R MCDONOUGH,
PETER K SIEG,

    Defendants.

_____/

# O R D E R

This matter is before the Court on Doc. 14, Report and Recommendation of the Magistrate Judge, recommending dismissal. The time for filing objections has passed and none have been filed. The Petitioner charges that he was denied a speedy trial in state court. However, identical issues are presently pending before the state court on a Rule 3.850 motion, which was filed on August 29, 2006. The Court agrees with the Magistrate Judge that petitioner must exhaust state remedies before coming to federal court. Accordingly it is hereby

**ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.     This action is DISMISSED, and the clerk is directed to close the file.


**DONE AND ORDERED** this *1st* day of May, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge